On February 9, 1973 the court ordered that judgment be entered for plaintiffs as follows:
Edward P. Chester, Jr. (1)_$1, 515. 78
Harry P. Frazer (2)_ 2, 707.21
James A. Hyslop (3)_ 875. 02
Edwin B. Ing (4)_ 1, 749. 73
Henry P. Kniskern, Jr. (5)_ 1,749.73
Corliss B. Lambert (6)_ 1,749.73
Harold Land (7)_ 1,749.73
Charles E. Leising (8)_ 1,749.73
George T. Murati (9)_ 1,609.36
Arthur Pfeiffer (10)_ 1,749.73
Victor Pfeiffer (11)_ 2,815.40
William R. Biedel (12)_ 1,485.18
Charles E. Sharp (13)_ 2,779.86
Julian J. Shingler (14) _ 2,815.40
Benjamin D. Shoemaker, Jr. (15)_ 1,735.69
David William Sinclair (16)_ 2,815.40
Kathleen P. Thompson, widow of Warner K. Thompson, Jr. (17)_ 2,752.31
Ralph M. West (18)_ 2,815.40